*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:39 PM 05/04/2010*
*FILED 01:57 PM 05/04/2010*
*SRV 100459150 - 2720811 FILE*

GMAC Inc.

Certificate of Amendment of
Amended and Restated
Certificate of Incorporation

GMAC Inc., a corporation organized and existing under the laws of the State of Delaware (the "Corporation"), pursuant to Section 242 of General Corporation Law of the State of Delaware, hereby certifies that:

FIRST, the name of the Corporation is GMAC Inc.

SECOND, the Amended and Restated Certificate of Incorporation was filed with the Secretary of State of the State of Delaware on December 30, 2009.

THIRD, this Certificate of Amendment, which was duly adopted in accordance with Section 242 of the General Corporation Law of the State of Delaware, amends Article 1 of the Amended and Restated Certificate of Incorporation so that, as amended, said Article shall be and read as follows:

The name of the Corporation is Ally Financial Inc.

FOURTH, this Certificate of Amendment is effective on May 10, 2010.

In witness whereof, the Corporation has caused this Certificate of Amendment to be signed this 4th day of May, 2010.

By: *[signature]*
C. L. Quenneville, Authorized Officer

**Exhibit C**



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "GMAC INC.", CHANGING ITS NAME FROM "GMAC INC." TO "ALLY FINANCIAL INC.", FILED IN THIS OFFICE ON THE FOURTH DAY OF MAY, A.D. 2010, AT 1:57 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE TENTH DAY OF MAY, A.D. 2010.

2720811  8100

100459150

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7973010

DATE: 05-04-10

**Exhibit C**