United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 11-50913-WB
Claudino Nuanes                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin            Page 1 of 2         Date Rcvd: Oct 30, 2012
                              Form ID: pdf031        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2012.
db         +Claudino Nuanes,    306 East Cedar Ave,    Burbank, CA 91502-1410
cr         +Aurora Loan Services LLC,    c/o The Wolf Firm,    2955 Main Street, 2nd Floor,
             Irvine, CA 92614-5909
cr        ++NATIONSTAR MORTGAGE LLC,    P O BOX 299008,    LEWISVILLE TX 75029-9008
           (address filed with court:   NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
             Lewisville, TX   75067)
cr         +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ally Financial, Inc., fka GMAC, Inc.
cr            Aurora Loan Services LLC, its assignees and/or suc
intp          Courtesy NEF
                                                                                TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0973-2          User: admin              Page 2 of 2                   Date Rcvd: Oct 30, 2012
                              Form ID: pdf031          Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2012 at the address(es) listed below:
              Art   Hoomiratana     on behalf of Debtor Claudino Nuanes arthoomiratana@realestatelawcenter.org,
               johnwood@realestatelawcenter.org;daniellucid@realestatelawcenter.org;mr@realestatelawcenter.org;l
               ijinsun@realestatelawcenter.org;cynthia@realestatelawcenter.org
              Bernard J Kornberg     on behalf of Creditor   Ally Financial, Inc., fka GMAC, Inc. bjk@severson.com
              Daniel   Lucid     on behalf of Debtor Claudino Nuanes daniellucid@realestatelawcenter.org
              Daniel K Fujimoto    on behalf of Creditor   Aurora Loan Services LLC wdk@wolffirm.com
              Mishaela J Graves     on behalf of Creditor   Aurora Loan Services LLC, its assignees and/or
               successors bknotice@mccarthyholthus.com
              Nancy K Curry (TR)     ecfnc@trustee13.com
              Nickolaus   McLemore     on behalf of Creditor   NATIONSTAR MORTGAGE, LLC notice@bkcylaw.com
              United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry<br>Chapter 13 Standing Trustee<br>700 S. Flower St., Suite 1215<br>Los Angeles, CA 90017<br>(213) 689-3014 FAX (213) 689-3055<br>trustee13la@aol.com<br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>**OCT 30 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** beauchan **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA- <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>Nuanes, Claudino<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-50913-WB<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING<br>CHAPTER 13 PLAN**<br><br>DATE: October 17, 2012<br>TIME: 10:00 A.M.<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street<br>           Los Angeles, CA 90012 |
|---|---|

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>11/22/2011</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

    a. ☐ The amount of each monthly plan payment is $_____. The due date is the _____ day of each month for ___ months. The Plan provides for the payment of _____ % of allowed claims for general unsecured creditors.

    b. ☒ The amount of each monthly plan payment is $<u>646.38</u> for months <u>1 thru 2</u>. For months <u>3 thru 60</u>, the monthly plan payment is $<u>1,105.01</u>, for months _____ the monthly plan payment is $_____, for months the monthly plan payment is $_____. **[Repeat as needed]** The due date is <u>29</u>th day of each month. The Plan provides for the payment of <u>100</u> % of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*                                Page 1                                **F 3015-1.21.ORDER**

3.  Other provisions:

    a.  ☒  This is a base plan with the debtor(s) paying at least $66,300.60 of disposable income into the Plan.  The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%.  The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

    b.  ☒  The Trustee is authorized to make payment to holders of secured claims based on the Plan.  However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

    c.  ☒  Counsel for debtor(s) is awarded fees of $4,000.00; having previously received $4,000.00 counsel is entitled to payment of $0 from the estate.

    d.  ☐  See attachment for additional provisions incorporated in this Order.

    e.  ☐  Interlineations:

###

DATED: October 30, 2012

*Julia W. Brand*
United States Bankruptcy Judge

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*                                   Page 2                                   **F 3015-1.21.ORDER**